UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00045-EBA

LAWRENCE GREGORY NEELEY,                                     PLAINTIFF,

V.                                       **JUDGMENT**

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,                             DEFENDANT.

*** *** *** ***

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

    **IT IS HEREBY ORDERED AND ADJUDGED** that:

    (1) The decision of the Administrative Law Judge is **AFFIRMED**; and

    (2) The above-styled action is **STRICKEN** from this Court's active docket.

Signed June 28, 2023.

Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge